UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | |
| ) | 2:08-cv-01143-GEB-GGH |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | (PRETRIAL SCHEDULING) |
| ) | CONFERENCE; FED. R. CIV. |
| ALFREDO JUAREZ, d/b/a Mexico City ) | P. 4(m) NOTICE |
| Restaurant; ARTURO MORALES JUAREZ, ) | |
| d/b/a Mexico City Restaurant, ) | |
| ) | |
| Defendants. ) | |
| ————————————————————————————) | |

Plaintiff failed to file a timely status report required
by the Order filed May 23, 2008, and after the due date for that
status report, Plaintiff filed a request for continuance of the
status conference scheduled for hearing on September 15, 2008.
Therefore, the Status (Pretrial Scheduling) Conference set for
September 15, 2008, is continued to October 27, 2008, at 9:00 a.m.
A further joint status report shall be filed no later than (14 days
prior).

Plaintiff is hereby notified that this action may be
dismissed without prejudice under Fed. R. Civ. P. 4(m) if
Defendants Alfredo Juarez and Arturo Morales Juarez are not served
by September 22, 2008.  To avoid dismissal, a proof of service
shall be filed for both Defendants Alfredo and Arturo Juarez no
later than September 22, 2008.

If Plaintiff believes it has good cause to justify

1 | extension of Rule 4(m)'s 120-day service period for the Defendants,

2 | it shall file a declaration no later than September 22, 2008,

3 | showing "good cause" why this action should not be dismissed

4 | without prejudice.

5 |      IT IS SO ORDERED.

6 | Dated:  September 10, 2008

7 |

8 | _____
GARLAND E. BURRELL, JR.

9 | United States District Judge